# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYLE TIMCO, | § | |
| | § | No. 393, 2023 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below–Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2023-0798 |
| ALLIED WORLD, ARIZONA | § | |
| RISK MANAGEMENT, AND | § | |
| MARICOPA RISK | § | |
| MANAGEMENT, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |
| | § | |

Submitted: December 5, 2023
Decided: December 18, 2023

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)     The appellant, Kyle Timco, filed this appeal from a Court of Chancery magistrate's order—dated August 4, 2023, and docketed August 7, 2023—dismissing Timco's complaint upon initial review under 10 *Del. C.* § 8803(b).  The Senior Court Clerk issued a notice directing Timco to show cause why his appeal should not be dismissed based on this Court's lack of jurisdiction to consider an

appeal from a magistrate's order.  In response to the notice to show cause, Timco argues the merits of his appeal but does not address this Court's jurisdiction.

(2)    This Court lacks jurisdiction to hear an appeal directly from a magistrate's decision.[1]  The appellant's right to review of the magistrate's order was to a judge in the Court of Chancery.[2]  Having failed to pursue that review, Timco waived his right to any further review or appeal.[3]

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:


*/s/ Abigail M. LeGrow*
Justice

---

[1] *Kalil v. Kalil*, 2018 WL 1915123 (Del. Mar. 12, 2018).
[2] *In re Estate of Webb*, 2011 WL 4838972 (Del. Oct. 12, 2011).
[3] *Id.* (citing Del. Ct. Ch. R. 144).